IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMANDA HUMBLE, | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| v. | ) | 3:09CV0294(VLB) |
| | ) | |
| BARBERINO BROTHERS, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | OCTOBER 26, 2009 |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Amanda Humble, through her attorney, and the defendant, Barberino Brothers, Inc., through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff, Amanda Humble**

By/s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408; Fax: (860) 571-7457
dblinn@consumerlawgroup.com

**Defendant**, **Barberino Brothers, Inc.**

By   Kevin J. Greene
Kevin J. Greene (ct16742)
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860) 522-6103; Fax: (860) 548-0006
greene@halloran-sage.com

## **CERTIFICATION**

I hereby certify that on this 26th day of October, 2009, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn